AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

In Re: Integra Realty Resources, Inc. and
Integra-A-Hotel & Restaurant Company
                              ⋮
BHC of Denver, Inc.

Jeffrey A. Weinman, as Trustee
for the Integra Unsecured Creditor's Trust,
              Plaintiff

              V.

Fidelity Capital Appreciation Fund, et al.,
              Defendants

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

CASE NUMBER: 94-CV-2581 WDM

I, _____ Gregory C. Langham _____ CLERK of the United States District Court certify that the attached

judgment is a true and correct copy of the original judgment entered in this action on  May 23, 2007   # 7 _____ , as
                                                                                                    (Date)

it appears in the records of this court, and that

**No notice of Appeal from the judgment has been filed, and no motion of any kind listed in Rule 4(a) of the
Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of the Court.

_____ July 3, 2007 _____                          _____ Gregory C. Langham _____
            (Date)                                                    (Clerk)

                                                         (By) Deputy Clerk

** Insert the appropriate language:......."no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the
Federal Rules of Appellate Procedure has been filed."......."no notice of appeal from this judgment has been filed and any motion of the kind listed in
Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on
[Date]."......."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."......." an
appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional
findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |
| | ) |
| Defendants. | ) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 3 day of July 2007
GREGORY C. LANGHAM
By_____
Deputy

## REVIVED FINAL JUDGMENT NO. 7

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22,

2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 7, originally entered by the

Court on September 29, 1999, is hereby revived effective March 22, 2007, to the extent described

herein.

Doc# 23075191

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 7, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 1999

JAMES R. MANSPEAKER
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-WM-2581

In re:

INTEGRA REALTY RESOURCES, INC.,
and
INTEGRA - A HOTEL AND RESTAURANT
COMPANY

and
BHC OF DENVER, INC.,

                    Debtors.


Jeffrey A. Weinman, as Trustee
for the Integra Unsecured Creditors' Trust,

                    Plaintiff,

              v.

Fidelity Capital Appreciation Fund, *et al.*,

                    Defendants.

) Adversary Proceeding No. 94-1370-PAC
)           Chapter 11
)       Case No. 92-18853-DEC
)
)       Case No. 92-18854-PAC
)
)
)
)
)       Case No. 92-18855-CEM
)
)   Jointly Administered under
)   Case No. 92-18853-DEC
)
)
)
)
)
)
)
)
)
)
)
)
)

---

## FINAL JUDGMENT NO. 7

---

    Pursuant to and in accordance with the Order Approving Class Settlement with Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

    ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:



1.  ~~Defendant A&C Partners Plan FBO Louis H. Trinkoff and Trustee(s) thereof, the sum of $42.00;~~

2.  ~~Defendant Carrie C. Ackerman and Mabel E. Ackerman, the sum of $28.00.~~

3.  Defendant Grace J. Adams, the sum of $182.00;

4.  Defendant Herbert L. Alexander, the sum of $595.00;

5.  ~~Defendant Sylvia Alexander, Custodian FBO Deira Jean Alexander UGMA NY, the sum of $7.00;~~

6.  Defendant Phillip H. Alfus, the sum of $1,260.00;

7.  ~~Defendant Lenore M. Allen, the sum of $105.00;~~

8.  Defendant Shawn Amdur, the sum of $7.00;

9.  Defendant American Leasing Investors III C. Equipment Group Inc., the sum of $91.00;

10. Defendant American Leasing Investors IVB Equipment Group Inc., the sum of $63.00;

11. Defendant Dhirubhai D. Amin and Pushpaben D. Amin, the sum of $1,295.00;

12. ~~Defendant Frieda M. Aniken, the sum of $84.00;~~

13. Defendant George Applebaum and Gertrude Applebaum, the sum of $14.00;

14. Defendant Rudolofo Archibald and Avis Archibald, the sum of $14.00;

15. Defendant Panos Argyrakis, the sum of $28.00;

16. ~~Defendant Automated Electronics Corp., the sum of $33,033.00;~~

17. Defendant AVX Corporation, the sum of $420.00;

18. ~~Defendant George W. Bailey, the sum of $7.00;~~

19. ~~Defendant Lorraine Barcellos, the sum of $525.00;~~

20. ~~Defendant David Samuel Barr, the sum of $596.00;~~

2

21.   ~~Defendant Marjorie M. Beroca, Trustee FBO Lawson J. Beroca Trust UA Jul 1 91, the sum of $42.00;~~

22.   Defendant Edward Bashner and Edith Bashner, the sum of $413.00.

23.   Defendant Joseph Beissel, the sum of $28.00;

24.   Defendant Ragaa F. Benjamin and Fleet Clearing Corp., Custodian FBO Regaa F. Benjamin IRA, the sum of $7.00;

25.   ~~Defendant Bernard Bernthel and Joan Bernthel, the sum of $595.00;~~

26.   Defendant Robert Bielec, the sum of $217.00;

27.   Defendant Albert Billig and Evelyn Billing, the sum of $469.00;

28.   ~~Defendant John V. Bloomfield, the sum of $394.00;~~

29.   Defendant Monroe Blosvern and Miriam Blosvern, the sum of $3,752.00;

30.   ~~Defendant Melvina Bolognone, Custodian for Michael Bolognone UGMA 1 PA, the sum of $1.00;~~

31.   Defendant Dante Bordoni, the sum of $252.00;

32.   Defendant Louis Bory, the sum of $7,504.00;

33.   Defendant Anthony J. Borza and Sandra Ann Borza, the sum of $868.00;

34.   Defendant Anthony J. Bottard, the sum of $147.00;

35.   Defendant Thomas O. Boucher, the sum of $4,207.00;

36.   Defendant Wesley Bowen and Hilda Bowen, the sum of $126.00;

37.   ~~Defendant Helen A. Braccio and Thomas A. Braccio, the sum of $28.00;~~

38.   Defendant Laurence Braunstein and Emily I. Braunstein, the sum of $28.00;

3

39.   Defendant Robert Brenner and Janet Brenner, the sum of $56.00;

40.   ~~Defendant Harry Brenner and Cynthia Brenner, the sum of $315.00;~~

41.   Defendant Phillip D. Brent and National Financial Services Corp., Custodian FBO Phillip

      D. Brent, the sum of $63.00;

42.   Defendant Merle Brent and National Financial Services Corp., Custodian FBO Merle Brent,

      the sum of $98.00;

43.   ~~Defendant D. Gerald Brill, FBO D. Gerald Brill Keogh, the sum of $2,345.00;~~

44.   ~~Defendant Arthur T. Brooks and Judith Brooks, the sum of $666.00;~~

45.   Defendant Aron Broszencki and Sima Broszencki, the sum of $294.00;

46.   Defendant Todd Andrew Brown, the sum of $896.00;

47.   Defendant Richard A. Brown, Custodian FBO Lynn Brown UGMA NY, the sum of

      $2,373.00;

48.   ~~Defendant Senator Joseph Duno, the sum of $5,102.00;~~

49.   Defendant BT Pyramid Russell 2000 Equity Index Fund, the sum of $18,613.00;

50.   Defendant Alan L. Burhop and Nationwide Life Assurance Co., Custodian FBO Alan L.

      Burhop, the sum of $518.00;

51.   Defendant Parker C. Burns and Agnes L. Burns, the sum of $63.00;

52.   Defendant Thomas M. Byrum and Cowen & Co., Custodian FBO Thomas M. Bryum IRA,

      the sum of $294.00;

53.   ~~Defendant Isiah Melvin Calhoun, the sum of $164.00;~~

54.   ~~Defendant Alfio J. Cali, the sum of $14.00;~~

55.   Defendant Louis F. Camerlingo and Prudential Securities, Custodian for Louis F. Camerlingo

                                                                                              4

12/31/84, the sum of $14.00;

56. ~~Defendant Mary C. Carlotta, Custodian for Mary Beth Carlotta UGMA NY, the sum of $14.00;~~

57. ~~Defendant Joseph A. Carra, FBO Joseph A. Carra IRA Account, the sum of $271.00;~~

58. ~~Defendant Lewis Carver Jr., the sum of $542.00;~~

59. Defendant Carl Ceruti and Vivian Ceruti, the sum of $28.00;

60. ~~Defendant Yok San Chen, Custodian for Jong Pen Chen UGMA NY, the sum of $161.00;~~

61. ~~Defendant Yok San Chen, Custodian for Tong Fei Chen UGMA NY, the sum of $161.00;~~

62. ~~Defendant Grace Charles, FBO Grace Charles IRA, the sum of $1,490.00;~~

63. Defendant Henlia Chen and Alice Y. Chen, the sum of $56.00;

64. ~~Defendant Jeanette C. Child, the sum of $595.00;~~

65. Defendant Zephy Chomsky, the sum of $28.00;

66. ~~Defendant Ching Chou and Yvonne Liu Chou, the sum of $28.00;~~

67. Defendant T.L. Christopherson and National Financial Services Corporation, Trustee FBO T.L. Christopherson Trust UA 4/1/80, the sum of $1,260.00;

68. Defendant Luigi Ciccarelli and Geraldine A. Ciccarelli, the sum of $7.00;

69. ~~Defendant Elizabeth C. McGinty, Executor of the Estate of Caryl E. Cleary Estate, the sum of $535.00;~~

70. ~~Defendant William R. Clements and Flora D. Clements, the sum of $742.00;~~

71. Defendant Sheldon Cohen ▬▬▬, the sum of $1,197.00;

72. ~~Defendant Irving Cohen, the sum of $119.00;~~

73. ~~Defendant Julius Cohen, the sum of $1,141.00;~~

5

74.    Defendant Coin Machine Distributors, the sum of $189.00;

75.    Defendant Terry I. Cole and Betty J. Cole, the sum of $70.00;

76.    Defendant Bertrande C. Coleman, the sum of $896.00.

77.    Defendant George F. Coleman and Elenor Coleman, the sum of $595.00;

78.    Defendant Michael J. Connelly, the sum of $22,519.00;

79.    Defendant Kenneth A. Cowin, the sum of $364.00;

80.    ~~Defendant Louise Conn, the sum of $119.00;~~

81.    ~~Defendant Joseph T. Corcoeres and Linda A. Corcoeres, the sum of $7.00;~~

82.    ~~Defendant Nicholas E. Crossonao and Rose Marie Crossonao, the sum of $56.00;~~

83.    Defendant Bethal J. Crow Franks and Dean Witter Reynolds Inc., Custodian FBO Bethal J.
       Crow Franks, the sum of $483.00;

84.    ~~Defendant Emeric Csornos, the sum of $7.00;~~

85.    Defendant CTF Russell 2000 Index Fund I, the sum of $7,504.00;

86.    Defendant Dr. James Curl, the sum of $7.00;

87.    Defendant Dale Enterprise Defined Benefit Pension Plan Trust dtd 12-31-84, and trustee(s)
       thereof, the sum of $3,003.00;

88.    Defendant Dan Brechner & Co., the sum of $112.00;

89.    Defendant James W. Deer, the sum of $2,247.00;

90.    Defendant Joanne Dejana, the sum of $56.00;

91.    Defendant Leonard J. Delaro and Joan Delaro, the sum of $77.00;

92.    Defendant Deltec Securities Corp., the sum of $42.00;

93.    Defendant Josephine Delvecchio, the sum of $28.00;

6

94.    Defendant Carlo D. Demichele, the sum of $7.00;

95.    ~~Defendant George T. Y. Dong and Anne G. Dong, the sum of $7.00;~~

96.    ~~Defendant Paul Destino and Patricia Destino, the sum of $112.00;~~

97.    ~~Defendant George Discumakos and Anastasia Discumakos, the sum of $56.00;~~

98.    Defendant Sidney G. Diamond and Nellie E. Diamond, the sum of $112.00;

99.    Defendant Lawrence Diamond, the sum of $126.00;

100.   Defendant Virginia Dicosmo and Paul Dicosmo, the sum of $595.00;

101.   ~~Defendant Evelyn S. Dow, the sum of $105.00;~~

102.   Defendant Hanoch Dubitsky and E. Tova Dubitsky, the sum of $84.00;

103.   ~~Defendant Martin G. Dworkin, the sum of $84.00;~~

104.   ~~Defendant Stephen D. Earley, the sum of $56.00;~~

105.   Defendant S. Aboullah Ebanks, the sum of $7.00;

106.   Defendant Egger & Co., the sum of $14.00;

107.   ~~Defendant Justin N. Ehrlich, the sum of $1,953.00;~~

108.   ~~Defendant Michael Epstein, the sum of $14.00;~~

109.   ~~Defendant Rosalind Epstein, the sum of $7.00;~~

110.   ~~Defendant James L. Falcone, the sum of $28.00;~~

111.   Defendant Famous Maid Brassiere Corp. Profit Sharing Plan Sub Fund A, and trustee(s)

       thereof, the sum of $28.00;

112.   ~~Defendant Michael Feingold, the sum of $7.00;~~

113.   Defendant B. Reway Feldman and Martin Feldman, the sum of $28.00;

114.   ~~Defendant Yvonne Felline, FBO Yvonne Felline, the sum of $70.00;~~

7

115.   ~~Defendant Audrey M. Ferguson, the sum of $77.00;~~

116.   Defendant Antonio Polo Ferrer, the sum of $1,561.00;

117.   Defendant Salvatore Ferreri and Amy Kadlub, the sum of $28.00;

118.   ~~Defendant Robert C. Fielding, the sum of $364.00;~~

119.   Defendant Gerald L. Fine and Barbara R. Fine, the sum of $126.00;

120.   Defendant Florence Fingerhut, the sum of $56.00;

121.   Defendant Eugene Fink, the sum of $35.00;

122.   ~~Defendant Joy Finkelstein, the sum of $636.00;~~

123.   ~~Defendant Richard W. Francis, Custodian FBO Janine C. Francis UGMA NY, the sum of $145.00;~~

124.   Defendant William Frazee, the sum of $511.00;

125.   ~~Defendant Lawrence S. Freitag, the sum of $700.00;~~

126.   Defendant Dr. Robert M. Friedman and Marjorie E. Friedman, the sum of $749.00;

127.   Defendant Kurt Fritzsche, the sum of $378.00;

128.   Defendant Fullcut Manufacturers Inc. Employees Pension Fund UA DTD 08/31/94 and M.L. Bimbach, Trustee, the sum of $1,498.00;

129.   ~~Defendant Vincent J. Galano and Theresa J. Galano, the sum of $531.00;~~

130.   ~~Defendant Alan Gateman and Brian M. Gateman UGMA NY, the sum of $570.00;~~

131.   ~~Defendant Liborio Genova, the sum of $147.00;~~

132.   Defendant Joseph Gentile, the sum of $56.00;

133.   Defendant George Industries Inc. Profit Sharing Plan and trustee(s) thereof, the sum of $126.00;

134.   Defendant Paul Gervis and Dione Gervis, the sum of $119.00;

135.   Defendant M. Gins and C. Rothschild, Trustees FBO Cathy Gins Trust, the sum of $1,799.00;

136.   Defendant M. Gins and C. Rothschild, Trustee FBO Roger Gins Trust, the sum of $1,799.00;

137.   Defendant Farrell C. Glasser P.C. Pension Plan and trustee(s) thereof, the sum of $8,988.00;

138.   ~~Defendant Dr. Lowell D. Glatt, the sum of $247.00;~~

139.   Defendant Ruth A. Glur, the sum of $84.00;

140.   Defendant Daniel Glushko, the sum of $147.00;

141.   ~~Defendant Bernard Goldfinger, the sum of $896.00;~~

142.   Defendant Jeff Goldfinger, the sum of $357.00;

143.   Defendant Clemente Gonzales, the sum of $3,598.00;

144.   Defendant Stanley Goodman, the sum of $1,260.00;

145.   ~~Defendant Mary B. Gould, the sum of $77.00;~~

146.   ~~Defendant Barry S. Grace and Kelly Erskine Grace, the sum of $6,601.00;~~

147.   ~~Defendant Howard Grace, the sum of $16,261.00;~~

148.   ~~Defendant Alicia M. Grace, the sum of $6,091.00;~~

149.   ~~Defendant Barry S. Grace, Custodian FBO Steward Richard Grace, a minor, the sum of $4,002.00;~~

150.   Defendant Oliver R. Grace, the sum of $175.00;

151.   Defendant Gregg Grant, the sum of $595.00;

152.   Defendant Maria Grasso and Salvatore Grasso, the sum of $56.00;

153.   Defendant Stuart Greenberg, the sum of $84.00;

9

154. Defendant William Greenberg and Kurt Storch, Trustees UWO Samuel Katz FBO William P. Katz, the sum of $70.00;

155. Defendant William R. Greenwood and Carmen S. Greenwood, the sum of $7.00;

156. ~~Defendant Jane Grimaldi, FBO Jane Grimaldi IRA, the sum of $595.00;~~

157. ~~Defendant Samuel Gross and Ruth Gross, the sum of $7.00;~~

158. ~~Defendant William R. Guilfoyle, the sum of $630.00;~~

159. Defendant Rennie Halsband, the sum of $7.00;

160. Defendant Hardt Keller A.G., the sum of $10,507.00;

161. ~~Defendant Robert F. Harper, FBO Robert F Harper, the sum of $7.00;~~

162. Defendant Patricia Roth Harper, the sum of $56.00;

163. ~~Defendant Sherry Harris, the sum of $371.00;~~

164. Defendant Carole Hass, the sum of $609.00;

165. Defendant Terri Hatton, the sum of $105.00;

166. Defendant F. Hawkesworth, the sum of $119.00;

167. ~~Defendant P. Hein, K. Hein and D. Grunwald, Representatives of Estate of Max L. Hein, the sum of $9,688.00;~~

168. Defendant Bernard Heinbach and Jeanette Heinbach, the sum of $168.00;

169. Defendant Shannon A. Hickman, the sum of $105.00;

170. ~~Defendant Aoloog Homar, the sum of $56.00;~~

171. Defendant Richard Horowitz and Charles Schwab & Co., Inc., Custodian FBO Richard Horowitz IRA, the sum of $805.00;

172. ~~Defendant Suet Reng Huang and Eric L.M. Huang, the sum of $14.00;~~

10

173. ~~Defendant Leroy Gilbert Hubbard and Beryl Hubbard, the sum of $556.00;~~

174. ~~Defendant Anne L. Huguenin, the sum of $777.00;~~

175. ~~Defendant Nancy E. Hussey, the sum of $39,410.00;~~

176. ~~Defendant Denzil Hylton, the sum of $324.00;~~

177. ~~Defendant Interlaken Corp, the sum of $36,013.00;~~

178. ~~Defendant Paul J. Isaac, the sum of $15,015.00;~~

179. Defendant Peter Isaacs, the sum of $1,890.00;

180. Defendant Julius J. Ivanitsky, the sum of $371.00;

181. Defendant Gerald Jacobson, the sum of $21.00;

182. Defendant Lois E. Jacoby, Custodian FBO Chad L. Jacoby UGMA NY, the sum of $175.00;

183. ~~Defendant Carol Januszeski, the sum of $2,562.00;~~

184. Defendant Joan Jusick, the sum of $7.00;

185. ~~Defendant Amy Kadlub and Richard Kadlub, Jr., the sum of $84.00;~~

186. Defendant Kallens Cloths Inc., the sum of $14.00;

187. ~~Defendant Carmel L. Kumide, the sum of $49.00;~~

188. ~~Defendant Genevieve T. Kumide, the sum of $49.00;~~

189. Defendant Melaine Geismar Katz, the sum of $56.00;

190. Defendant William P. Katz, Trustee for Samuel Katz Trust UW, the sum of $70.00;

191. Defendant Austin Kennedy and Ann F. Kennedy, the sum of $7.00;

192. ~~Defendant Kimray of Florida Inc., the sum of $721.00;~~

193. Defendant Yoshihiro Kishi, the sum of $14.00;

11

194. ~~Defendant Marcia A. Kickus, Custodian FBO Ronald J. Kickus UGMA NY, the sum of~~
~~$7.00;~~

195. ~~Defendant Marcia A. Kickus, Custodian FBO Alice A. Kickus UGMA NY, the sum of~~
~~$7.00;~~

196. ~~Defendant Anatoli Kowtun and Renate Kowtun, the sum of $294.00;~~

197. Defendant Nicholas D. Kozel, the sum of $119.00;

198. Defendant Barbara Krisiloff, the sum of $28.00;

199. ~~Defendant Leslie A. Kuhn, MD PL Pension Plan & Trust DTD 12/23/74, and trustee(s)~~
~~thereof, the sum of $63.00;~~

200. Defendant Helen Kuhnke and Pershing, Custodian FBO Helen Kuhnke, the sum of $868.00;

201. ~~Defendant Ellen M. Kutner, the sum of $56.00;~~

202. Defendant Charles E. Lalley, Custodian FBO Jay M. Lalley UGMA NY, the sum of $63.00;

203. ~~Defendant Sharon L. Landy, the sum of $262.00;~~

204. Defendant Lawrence A. Lansner, the sum of $469.00;

205. Defendant Toni Leblang, the sum of $119.00;

206. Defendant Yuk Tim Lee and Wai Yeung Lee, the sum of $56.00;

207. Defendant June Woo Lee PC Pension Plan, and Trustee(s) thereof, the sum of $805.00;

208. Defendant Douglas B. Leeds, the sum of $119.00;

209. Defendant Jeffrey W. Leiderman, the sum of $595.00;

210. Defendant Elena Lella, the sum of $847.00;

211. ~~Defendant Robert M. Leopold and Renee Leopold, the sum of $896.00;~~

212. Defendant Sing Kuen Leung and Bic Hanh Leung, the sum of $378.00;

12

213. ~~Defendant Chan Tong Liang, the sum of $77.00;~~

214. Defendant Chava Ligorski, the sum of S6,601.00;

215. Defendant Gerald H. Linger and Ellen K. Linger, the sum of S168.00;

216. ~~Defendant Robert J. Modrich and Charles Schwab & Co., Inc., Custodian FBO Robert J. Modrich IRA, the sum of $14.00;~~

217. Defendant Ronald Manzi, the sum of S6,006.00;

218. Defendant Helen Marks and Barry Holsman, the sum of S14.00;

219. Defendant R. Warren Martin and Prudential Securities, Custodian for R. Warren Martin, the sum of S21.00;

220. Defendant Joe Masci and Angela Masci, the sum of $7.00;

221. ~~Defendant Helene Mastor, the sum of $56.00;~~

222. Defendant Arthur Matises and Brant Matises, the sum of $2,401.00;

223. Defendant Donato Matturro, the sum of $56.00;

224. Defendant Wilbur A. Maul and Ida L. Maul, the sum of $175.00;

225. ~~Defendant Lelio Mazzoni and Giovanna Mazzoni, the sum of $119.00;~~

226. Defendant Esther P. McCarthy and Thomas McCarthy, the sum of $28.00;

227. Defendant Raymond McDermott, the sum of $28.00;

228. Defendant McDonnell Douglas MPT Small Co. Index Fund, the sum of $8,106.00;

229. ~~Defendant Lucy H. McKelvy, the sum of $14.00;~~

230. ~~Defendant Salvatore Mecca, the sum of $147.00;~~

231. ~~Defendant Rudolph T. Meeler, the sum of $36.00;~~

232. Defendant Eric P. Messina, the sum of $42.00;

13

233. ~~Defendant Samuel J. Miller, Jr. and Carol M. Miller, the sum of $590.00;~~

234. Defendant Angelo Morreale, the sum of $147.00;

235. Defendant Arnold H. Morrison and Veta V. Morrison, the sum of $119.00;

236. Defendant MPO Videotronic Projector Corp., the sum of $49.00;

237. ~~Defendant Frank H Mumbalo and Mae D Mumbalo, the sum of $1,666.00;~~

238. Defendant Newton J. Munston, Custodian FBO Benjamin J. Munson UGMA IA, the sum of $7.00;

239. Defendant James F. Murphy and Betty S. Murphy, the sum of $105.00;

240. Defendant Paul J. Musatow, FBO Paul J Musatow, the sum of $56.00;

241. ~~Defendant Paul Mustakas, the sum of $7.00;~~

242. Defendant Steven Nathanson and Sandra Nathanson, the sum of $7.00;

243. Defendant National Westminster Bank USA, the sum of $41,622.00;

244. Defendant Keith M. Nautel, the sum of $147.00;

245. ~~Defendant Albert Nevkov, the sum of $1,799.00;~~

246. Defendant John W. Ng, the sum of $21.00;

247. Defendant Hugh O'Donnell and Mary O'Donnell, the sum of $119.00;

248. ~~Defendant Price Oliver, the sum of $7.00;~~

249. Defendant Donald V. Oppedisano, the sum of $56.00;

250. ~~Defendant Frank Orminski, the sum of $1,197.00;~~

251. Defendant E. D. Owen and Conversaphone Inc., the sum of $7.00;

252. ~~Defendant Bernard Packer, FBO Bernard Packer IRA and trustee(s) thereof, the sum of $866.00;~~

14

253.   Defendant Gaius M. Palmer, the sum of $14.00;

254.   Defendant Dorothy H. Peck, the sum of $7.00;

255.   Defendant Stephane Perrin, Executor of the Estate of Cynthia Muir, the sum of $34,160.00;

256.   Defendant Deynath Pidikiti, the sum of $21.00;

257.   Defendant Nanni Pidikiti, the sum of $21.00;

258.   Defendant Joseph Pisano, the sum of $63.00;

259.   Defendant Morad Pousty, the sum of $28.00;

260.   Defendant Gary T. Presthus, the sum of $7.00;

261.   ~~Defendant George Proniuk and Bernadette Proniuk, the sum of $14.00;~~

262.   Defendant Q & R Clearing Corp., the sum of $1,225.00;

263.   ~~Defendant Charles T. Quinn and Dorothy C. Quinn, the sum of $7.00;~~

264.   Defendant R-JO Trucking Corp. Defined Benefit Pension Plan U/A/D 8/02/85 and Trustee(s) thereof, the sum of $1,169.00;

265.   ~~Defendant William J. Raffinello, the sum of $147.00;~~

266.   ~~Defendant Lillian M. Rennick and John P. Rennick, the sum of $565.00;~~

267.   ~~Defendant Robert Lee Reese, the sum of $656.00;~~

268.   ~~Defendant Rey Profit Sharing Plan Trust and Trustee(s) thereof, the sum of $1,953.00;~~

269.   Defendant Joseph J. Ricciardo and Milagros L. Ricciardo, the sum of $49.00;

270.   ~~Defendant Alphonse A. Rienzo, the sum of $14.00;~~

271.   ~~Defendant James H. Roberts, the sum of $102.00;~~

272.   ~~Defendant G. Avery Robinson and Eleanor H. Robinson, the sum of $364.00;~~

273.   Defendant Bina Rosenbaum, the sum of $14.00;

15

274. ~~Defendant Ellie J. Rosenblatt, the sum of $7.00;~~

275. ~~Defendant Richard A. Ruskin and Clara Lee Ruskin, the sum of $1,400;~~

276. ~~Defendant Joseph Sadow, the sum of $3,922.00;~~

277. Defendant Elaine Saul, the sum of $1,890.00;

278. ~~Defendant Robert Saul, FBO Susan Irene Saul UGMA NY, the sum of $1,260.00;~~

279. Defendant Elaine Saul, FBO Daniel Norman Saul UGMA NY, the sum of $1,260.00;

280. ~~Defendant Robert Saul, the sum of $1,860.00;~~

281. Defendant Margot Hillary Saul, the sum of $1,260.00;

282. Defendant A. M. Savoretti, the sum of $105.00;

283. Defendant David Chas. Schechter, M.D., P.C. Pension Plan U/A DTD 3/1/71 and Trustee(s) thereof, the sum of $3,906.00;

284. Defendant David C. Schechter M.D. PC Defined Benefit Pension Plan U/A DTD 9/6/79 and Trustee(s) thereof, the sum of $3,906.00;

285. ~~Defendant Rachel Scheinbaum, the sum of $3,643.00;~~

286. Defendant Allan Schnoll, the sum of $56.00;

287. Defendant Toby I. Schnoll, the sum of $238.00;

288. Defendant Roseanne Schnoll, the sum of $56.00;

289. Defendant Schweber Electronics Corp., the sum of $1,687.00;

290. ~~Defendant Claus Schwinge, the sum of $7.00;~~

291. ~~Defendant Eric Schwinge, the sum of $7.00;~~

292. Defendant Gloria S. Scott and Charles Schwab & Co., Inc., Custodian FBO Gloria S. Scott IRA, the sum of $35.00;

16

293.  Defendant Andrew P. Scotti and Josephine Scotti, the sum of $7.00;

294.  ~~Defendant Joseph Scotti, the sum of $28.00;~~

295.  ~~Defendant Mary O'Bryan Seidman, the sum of $6,806.00;~~

296.  ~~Defendant Mary O'Bryan Seidman, Custodian for Jamie E. Seidman UGMA NY, the sum of $3,003.00;~~

297.  ~~Defendant Samuel Seidman, the sum of $3,003.00;~~

298.  Defendant Vincent Selvester and Olga Selvester, the sum of $7.00;

299.  Defendant Desmond Shanks and Dorothe W. Shanks, the sum of $7.00;

300.  Defendant Jack Shepard and Edythe Shepard, the sum of $161.00;

301.  Defendant Sherwood Securities Corporation, the sum of $5,222.00;

302.  ~~Defendant Mary P. Shin, the sum of $119.00;~~

303.  ~~Defendant John Siegel, the sum of $1,124.00;~~

304.  Defendant Dora Siegel, the sum of $7.00;

305.  Defendant Carl Silber, the sum of $70.00;

306.  ~~Defendant Bruce A. Silberstein and Carolyn G. Silberstein, the sum of $1,496.00;~~

307.  ~~Defendant Robert Silverman and Lois Silverman, the sum of $2,976.00;~~

308.  ~~Defendant Marilyn Kay Simmons, the sum of $956.00;~~

309.  ~~Defendant Gail Smith, the sum of $476.00;~~

310.  ~~Defendant Alice Snow, the sum of $119.00;~~

311.  Defendant Ira Solomon, the sum of $119.00;

312.  Defendant Kimberly R. Steel, the sum of $329.00;

313.  Defendant Jean M. Steinhorst, n/k/a Jean M. Steiner, the sum of $21.00;

17

314.  Defendant Phyllis Stone, the sum of $651.00;

315.  Defendant H. Duane Strong, the sum of $77.00;

316.  ~~Defendant Brian Sullivan, the sum of $28.00;~~

317.  Defendant John P. Sullivan and Linda C. Sullivan, the sum of $7.00;

318.  Defendant Joseph A. D. Sutton, the sum of $189.00;

319.  Defendant Michael Sykora, the sum of $28.00;

320.  Defendant Chaskel Szwerin, the sum of $28.00;

321.  Defendant Seymour Taub, the sum of $56.00;

322.  ~~Defendant Ellen Yuder, Trustee of Textile Fabric Assoc. Inc. Pension Trust DTD 1/3/72 and
Trustee(s) thereof, the sum of $2,100.00;~~

323.  Defendant Arthur Thompson, Executor of Rose I. Crimeni Estate, the sum of $224.00;

324.  ~~Defendant Susan W. Taub, the sum of $666.00;~~

325.  Defendant Amy L. Updyke, the sum of $7.00;

326.  ~~Defendant Theodore R. Urban, FBO Theodore R. Urban, the sum of $660.00;~~

327.  Defendant Stewart Ursula, the sum of $42.00;

328.  Defendant Thomas Varillas, the sum of $28.00;

329.  ~~Defendant Acun M. Vasiliou, the sum of $714.00;~~

330.  Defendant William Vazquez and Charles Schwab & Co., Inc., Custodian FBO William
Vazquez IRA, the sum of $175.00;

331.  Defendant Antoly Veksler, the sum of $595.00;

332.  Defendant Suzanne Von Sholly-Reilly, the sum of $7.00;

18

333.   Defendant Cheryl L. Walters and Charles Schwab & Co., Inc., Custodian FBO Cheryl L.
       Walters IRA, the sum of $14.00;

334.   ~~Defendant Warren T. Warp and Regina M. Warp, the sum of $56.00;~~

335.   Defendant Estelle Weber, the sum of $7,504.00;

336.   Defendant Hersch Weber and Sarah Weber, the sum of $420.00;

337.   Defendant Mark Weinger and Ileene Weinger, the sum of $119.00;

338.   Defendant Pamela Weston, the sum of $294.00;

339.   Defendant Suzanne Weston, the sum of $294.00;

340.   Defendant John C. White and Judith J. White, the sum of $182.00;

341.   ~~Defendant Gerald White, the sum of $11,221.00;~~

342.   Defendant Paul A. White and Pauline A. White, the sum of $84.00;

343.   Defendant Max C. Wicker and Merril Lynch, Custodian FBO Max Wicker, the sum of
       $168.00;

344.   Defendant Blackwell Williams, the sum of $20,328.00;

345.   Defendant Jeffrey Keith Winikow, the sum of $84.00;

346.   Defendant Alan Winstein and Associates Inc. Retirement Plan UA DTD 7/1/84, and
       trustee(s) thereof, the sum of $56.00;

347.   ~~Defendant Joshua Amiel Wolf, the sum of $1,001.00;~~

348.   ~~Defendant Gloria Yeck, the sum of $14.00;~~

349.   ~~Defendant Chu-Yuan Yen and Charles Schwab & Co., Inc., Custodian FBO Chu-Yuan Yen
       IRA, the sum of $7.00;~~

350.   Defendant Roland Young and Maria Elena Young, the sum of $7.00.

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.285 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 28 day of September, 1999.

_____
Walker D. Miller, United States District Court Judge

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 1999

JAMES R. MANSPEAKER
CLERK

24ᵗʰ   MAY   07

20